1  CHRISTOPHER J. OLSON, ESQ. (192689)
   **SWEENEY, MASON, WILSON & BOSOMWORTH**
2  A Professional Law Corporation
3  983 University Avenue, Suite 104C
   Los Gatos, CA  95032-7637
4  Telephone: (408) 356-3000
   Facsimile: (408) 354-8839
5
6  Attorneys for Defendant
   HARRY'S HOFBRAU, INC. dba HARRY'S HOFBRAU
7

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| ROBERT KALANI, | CASE NO. 5:12-CV-00436-PSG |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND THE TIME FOR PARTIES TO MEET AND CONFER** |
| HARRY'S HOFBRAU, INC. dba HARRY'S HOFBRAU, IRENE PESTANA AND MICHAEL J. KELLY JR, TRUSTEEES OF THE PESTANA 1986 FAMILY TRUST, | |
| Defendants. | |

   **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel that the deadline for the parties to meet and confer pursuant to General Order No. 56 in the above-captioned matter will be extended from May 14, 2012, until June 15, 2012.  No prior extension has been requested or granted.  This stipulation extends only the time to meet and confer pursuant to General Order 56 and does not alter the date of any event or any deadline already fixed by Court order.

   Dated: May 8, 2012                    **SWEENEY, MASON, WILSON & BOSOMWORTH**

                                         /S/
                                         _____
                                         CHRISTOPHER J. OLSON, ESQ.
                                         Attorneys for Defendant HARRY'S HOFBRAU, INC. dba HARRY'S HOFBRAU

**STIPULATION TO EXTEND THE TIME FOR PARTIES TO MEET AND CONFER**                    1

| | |
|---|---|
| 1  Dated: May 8, 2012 | **MOORE LAW FIRM, P.C.** |
| 2 | /*S*/ |
| 3 | _____ |
|   | TANYA E. MOORE, ESQ. |
| 4 | Attorneys for Plaintiff, ROBERT KALANI |

 

8  Dated: May 8, 2012               _____/*S*/_____
                                    ADRON W. BEENE, ESQ.
                                    Attorneys for DEFENDANT IRENE PESTANA
                                    AND MICHAEL J. KELLY, JR., TRUSTEES OF
                                    THE PESTANA 1986 FAMILY TRUST

13  **IT IS SO ORDERED.**

17  Dated: May ; , 2012              _____
                                     ""WP KVGF"UVCVGU"CI KUVTCVG"LWF I G

**STIPULATION TO EXTEND THE TIME FOR PARTIES TO MEET AND CONFER**                  2